Nanette D. Sanders (State Bar No. 120169)
nanette@ringstadlaw.com
RINGSTAD & SANDERS LLP
23101 Lake Center Drive, Suite 355
Lake Forest, CA 92630
Telephone: 949-851-7450
Facsimile: 949-851-6926

Attorneys for Karen Sue Naylor,
Chapter 7 Trustee

Ringstad & Sanders L.L.P.
23101 Lake Center Drive, Suite 355
Lake Forest, CA 92630
949.851.7450

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| | |
|---|---|
| In re<br><br>FOOTHILL AND TOWNE, LLC,<br><br>Debtor. | Case No. 8:25-bk-10136-SC<br><br>Chapter 7<br><br>Adv. No. 8:26-ap-01026-SC |
| KAREN SUE NAYLOR, CHAPTER 7 TRUSTEE,<br><br>Plaintiff,<br><br>vs.<br><br>GREEN LOTUS GROUP, LLC,<br><br>Defendant. | **STIPULATION TO DISMISS ADVERSARY PROCEEDING, WITH PREJUDICE**<br><br><u>Pre-Trial Conference</u>:<br>Date: December 8, 2026<br>Time: 1:30 p.m.<br>Place: Courtroom 5C<br>411 West Fourth Street<br>Santa Ana, CA 92701-4593 |

**TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE:**

This Stipulation to Dismiss Adversary Proceeding, With Prejudice, is entered into by and between Plaintiff Karen Sue Naylor, the duly-appointed and acting Chapter 7 Trustee (the "Plaintiff" or "Trustee") for the bankruptcy estate of *In re Foothill and Towne, LLC* (the "Debtor"), through her counsel, Ringstad & Sanders LLP, and Defendant Green Lotus Group, LLC (the "Defendant"), through its counsel, Scheer Law Group, LLP (the Plaintiff and the

Defendant are hereinafter referred to collectively as the "Parties"), with reference to the following facts and recitals:

**RECITALS**

A. The Debtor filed a voluntary petition under Chapter 11 of the United States Bankruptcy Code on January 17, 2025 (the "Petition Date"), in the United States Bankruptcy Court for the Central District of California, Santa Ana Division (the "Bankruptcy Court").

B. On March 11, 2026, the Plaintiff filed an adversary complaint (the "Complaint") against Green Lotus commencing the pending adversary proceeding entitled *Karen Sue Naylor, Chapter 7 Trustee, v. Green Lotus Group, LLC*, Adv. Proc. No. 8:26-ap-01026 SC (the "Adversary Proceeding").

C. On July 10, 2026, the Parties participated in a formal mediation of, among other things, the claims at issue in the Adversary Proceeding. Based upon the discussions that occurred during the mediation, the Parties thereafter completed final negotiations regarding a compromise of their respective claims, and entered into a Settlement Agreement dated on or about August 3, 2026, subject to approval of the Court. Thereafter, the Trustee filed her *Motion for Order Approving Compromise and Settlement with Green Lotus Group, LLC* (the "Motion") [Dkt. No. 155], seeking approval of the Settlement Agreement. The Motion came on for hearing on August 25, 2026, at which time the Motion was granted and the proposed settlement approved, with the *Order Granting Motion of Chapter 7 Trustee for Order Approving Compromise and Settlement with Green Lotus Group, LLC* (the "Order") [Dkt. No. 169] entered September 4, 2026. The Order became a final, non-appealable order on September 19, 2026 as provided by Federal Rule of Bankruptcy Procedure 8002.

D. The Settlement Agreement provides at paragraph 6 as follows:

> <u>Dismissals with Prejudice</u>. Within seven (7) business days of entry of the final Approval Order, the F&T Trustee shall file a stipulation dismissing the Adversary Proceeding with prejudice, and without costs. The F&T Trustee shall prepare and circulate for the approval of Green Lotus the necessary stipulation to properly



Ringstad & Sanders L.L.P.
23101 Lake Center Drive, Suite 355
Lake Forest, CA 92630
949.851.7450

request that the Bankruptcy Court dismiss the Adversary Proceeding with prejudice. The F&T Trustee shall further request dismissal, with prejudice, of the State Court Litigation commenced pre-petition by the Debtor against Green Lotus. In addition, Green Lotus shall proceed to take the necessary steps to dismiss, with prejudice, the Debtor from the Orange County Action.

E. Consistent with the provisions of paragraph 6 of the Settlement Agreement, the Parties now jointly request an order of the Court dismissing the Adversary Proceeding, with prejudice, as set forth below.

**STIPULATION**

**NOW THEREFORE**, the Parties stipulate and agree as follows, subject to approval of the Court:

1. The Adversary Proceeding shall be dismissed, with prejudice.

**IT IS SO STIPULATED.**

RINGSTAD & SANDERS LLP

Dated: September 23, 2026

By: ______________________
Nanette D. Sanders
General Bankruptcy Counsel for Plaintiff,
Karen Sue Naylor, Chapter 7 Trustee

SCHEER LAW GROUP, LLP

Dated: September 23, 2026

By: ______________________
Joshua Scheer
Counsel for Green Lotus Group, LLC

Ringstad & Sanders L.L.P.
23101 Lake Center Drive, Suite 355
Lake Forest, CA 92630
949.851.7450

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 23101 Lake Center Drive, Suite 355, Lake Forest, CA 92630

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION TO DISMISS ADVERSARY PROCEEDING, WITH PREJUDICE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On September 23, 2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Robbin L. Itkin** ritkin@sklarkirsh.com, mduran@sklarkirsh.com
- **Karen S Naylor (TR)** alane@ringstadlaw.com, knaylor@IQ7technology.com;ecf.alert+Naylor@titlexi.com
- **Nanette D Sanders** becky@ringstadlaw.com, arlene@ringstadlaw.com
- **Joshua L Scheer** jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com
- **Paul J. Sievers** psievers@psieversapc.com, psievers@fkbrlegal.com
- **United States Trustee (SA)** ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On September 23, 2026, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Scott C. Clarkson, U.S. Bankruptcy Court, Ronald Reagan Federal Building, 411 W. Fourth St., Suite 5130, Santa Ana, CA 92701-4593

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _________, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 23, 2026 | Arlene Martin | */s/ Arlene Martin* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |