Nanette D. Sanders (State Bar No. 120169)
nanette@ringstadlaw.com
RINGSTAD & SANDERS LLP
23101 Lake Center Drive, Suite 355
Lake Forest, CA 92630
Telephone: 949-851-7450
Facsimile: 949-851-6926

Attorneys for Karen Sue Naylor, Chapter 7 Trustee

FILED & ENTERED

SEP 24 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

In re

FOOTHILL AND TOWNE, LLC,

Debtor.

–

KAREN SUE NAYLOR, CHAPTER 7 TRUSTEE,

Plaintiff,

vs.

GREEN LOTUS GROUP, LLC,

Defendant.

Case No. 8:25-bk-10136-SC

Chapter 7

Adv. No. 8:26-ap-01026-SC

**ORDER APPROVING STIPULATION TO DISMISS ADVERSARY PROCEEDING, WITH PREJUDICE**

Pre-Trial Conference:
Date: December 8, 2026
Time: 1:30 p.m.
Place: Courtroom 5C
411 West Fourth Street
Santa Ana, CA 92701-4593

The Court, having read and considered the Stipulation to Dismiss Adversary Proceeding, With Prejudice filed on September 23, 2026 (Dkt. No. 22) (the "Stipulation"), and with good cause shown,

///

///

///

Ringstad & Sanders L.L.P.
23101 Lake Center Drive, Suite 355
Lake Forest, CA 92630
949.851.7450

**IT IS HEREBY ORDERED** that:

1. The Stipulation is approved;

2. This Adversary Proceeding is dismissed with prejudice; and,

3. The pre-trial status conference scheduled for December 8, 2026 at 1:30 p.m., is hereby taken off the Court's calendar.

###

Date: September 24, 2026

Scott C. Clarkson
United States Bankruptcy Judge

Ringstad & Sanders L.L.P.
23101 Lake Center Drive, Suite 355
Lake Forest, CA 92630
949.851.7450